# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| THE REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS,  )<br><br>Plaintiff,  )<br><br>v.  )<br><br>UNITED STATES CUSTOMS AND BORDER PROTECTION,  )<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY  )<br><br>Defendants.  ) | Civil Action No. 18-0155 (TNM) |

## DEFENDANT'S MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT

Defendants, United States Department of Homeland Security ("DHS"), and its sub-component, United States Customs and Border Protection ("CBP") ("Defendants"), by and through undersigned counsel, respectfully moves for an extension of time, to and through, April 5, 2018, to file its Answer or otherwise respond to the Complaint. The current deadline is March 5, 2018. Undersigned counsel conferred with Plaintiff's counsel, and Plaintiff consents to this extension.

The extension is necessary for the following reason. As of the week of February 20, 2018, this case has not been assigned to agency counsel at the CBP. Undersigned counsel has not had an opportunity to consult with the CBP, and Defendants need additional time to properly consult with undersigned counsel regarding the Answer or other response to the Complaint. Defendant is aware of this Court's 4 business day rule for motions for extensions incorporated

into this Court's Standing Order (ECF No. 2), and Defendant does not take the Standing Order lightly. During the week of February 26, 2018, agency counsel and undersigned counsel made several efforts to discuss this case, however; counsel was unable to substantively discuss the case to draft the Answer or otherwise respond to the Complaint.

This is Defendant's first request to extend this deadline. A proposed order is attached.

Dated: March 2, 2018            Respectfully submitted,

                                          JESSIE K. LIU
                                          UNITED STATES ATTORNEY
                                          D.C. BAR NUMBER 472845

                                          DANIEL F. VAN HORN, D.C. Bar No. 924092
                                          Chief, Civil Division

                                          _____/s/_____
                                          RHONDA L. CAMPBELL, D.C. Bar No. 462402
                                          Assistant United States Attorneys
                                          Civil Division
                                          555 4th Street, N.W.
                                          Washington, D.C. 20530
                                          (202) 252-2559
                                          Rhonda.campbell@usdoj.gov

                                          *Counsel for United States*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| THE REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS )<br><br>Plaintiff, )<br><br>v. )<br><br>UNITED STATES CUSTOMS AND BORDER PROTECTION, )<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY )<br><br>Defendants. ) | Civil Action No. 18-0155 (TNM) |

**ORDER**

Upon consideration of Defendants' Motion for Extension of Time to Answer or otherwise respond to the Complaint, it is hereby

**ORDERED** that Defendants' Motion is **GRANTED**, and Defendants shall file an Answer or otherwise respond to the Complaint no later than April 5, 2018.

Dated this ___ day of March, 2018.

_____
**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**