IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES CUSTOMS AND BORDER PROTECTION,<br><br>and<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY<br><br>Defendants. | No. 1:18-cv-00155 (TNM) |

## ANSWER

Defendants U.S. Customs and Border Protection ("CBP") and United States Department of Homeland Security ("DHS"), by and through undersigned counsel, hereby answers Plaintiff The Reporters Committee for Freedom of the Press's ("RCFP") Complaint, in the above-captioned action, as follows:

## FIRST DEFENSE

As to some or all of the claims asserted in this action, Plaintiff fails to state a claim against Defendants upon which relief can be granted.

## SECOND DEFENSE

Some or all of the requested documents, or portions thereof, are exempt from disclosure under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.

**THIRD DEFENSE**

Defendants deny each and every allegation contained in the Complaint not expressly admitted in this Answer.  Defendants respectfully request and reserve the right to amend, alter, and/or supplement the defenses contained in this Answer as the facts and circumstances giving rise to the Complaint become known to Defendants through the course of the litigation.

**RESPONSES TO NUMBERED PARAGRAPHS**

Defendants admit, deny, and otherwise respond to the numbered paragraphs in the Complaint as follows:

1. The allegations contained in this paragraph consist of Plaintiff's characterization of its Complaint, which does not require a response.

2. The allegations contained in this paragraph consist of Plaintiff's characterization of the FOIA request, which does not require a response.  The FOIA request speaks for itself and is the best evidence of its contents.  Defendants deny anything inconsistent therewith.

3. The allegations contained in this paragraph consist of legal conclusions, to which no response is required.

**JURISDICTION AND VENUE**

4. The allegations contained in this paragraph consist of legal conclusions regarding jurisdiction, to which no response is required.  To the extent a response is deemed required, Defendants admit that this Court has jurisdiction.

5. The allegations contained in this paragraph consist of legal conclusions regarding venue, to which no response is required.  To the extent a response is deemed required, Defendants admit that venue may be found in this judicial district.

## **PARTIES**

6. Defendants lack knowledge or information sufficient to form a belief as to the allegations in this paragraph.

7. Defendants admit that it is an agency of the federal government within the meaning of 5 U.S.C. § 552(f)(1). DHS is headquartered at 3801 Nebraska Ave, Washington D.C. 20229.  The remaining allegation consists of a legal conclusion to which no response is required.

8. Defendants that CBP is a component of the Department of Homeland Security and is a federal agency within the meaning of 5 U.S.C. § 552(f)(1). Defendants admit that CBP is headquartered at 1300 Pennsylvania Avenue N.W., Washington, D.C. 20229.  The remaining allegation consists of a legal conclusion to which no response is required.

9. 9-14.   Paragraphs 9 to 14 contain Plaintiff's characterization of events that are immaterial to this action and to which no response is required.

15-18. Paragraphs 15 through 19 contain Plaintiff's characterization of the FOIA request, which does not require a response.  The FOIA requests speaks for itself and is the best evidence of its contents.  Defendants deny anything inconsistent therewith.

19. This paragraph contains a legal conclusion to which no response is required.

20. Defendant CBP admits that it sent RCFP's a confirmation email on April 17, 2017 and assigned a FOIA tracking number of CBP-2017-049451 to the request.

21. Defendants admit that CBP sent the emails described in this paragraph. Defendants refer to the specified emails as best evidence of their contents.

22. Defendants admit that no determination has been made with respect to the FOIA appeal and no responsive records have been produced. To the extent that an allegation in this paragraph calls for a legal conclusion, no response is required.

23. Admitted. Defendants refer to the specified email as best evidence of its contents.

24. Admitted. Defendants refer to the specified email as best evidence of its contents.

25. Admitted. Defendants refer to the specified email as best evidence of its contents.

26. Admitted.

27. Admitted. Defendants refer to the specified email as best evidence of its contents.

28. Admitted. Defendants refer to the specified email as best evidence of its contents.

29. Admitted.

30. Admitted.

31. Defendants admit that as of the filing of the complaint no records have been released. Defendants aver that CBP is processing records related to RCFP's FOIA request.

32. Admitted.

## COUNT I

**Violation of FOIA for Failure to Comply with Statutory Deadlines.**

33. Defendants incorporate by reference its responses to the previous paragraphs as if fully stated herein.

34-37. The allegations in these paragraphs consist of legal conclusions to which no response is required. To the extent a response is deemed required, Defendants deny the allegations.

## COUNT II

38. Defendants incorporate by reference its responses to the previous paragraphs as if fully stated herein.

39-40.  The allegations in these paragraphs consist of legal conclusions to which no response is required.  To the extent a response is deemed required, Defendants deny the allegations.

41.     Defendants admit that no records have been released to plaintiff.

42.     Defendants have not released any records to plaintiff to date and therefore Defendants have not asserted any exemptions to date.

43-45.  The allegations in these paragraphs consist of legal conclusions to which no response is required.  To the extent as response is deemed required, Defendants deny the allegations.

## **REQUEST FOR RELIEF**

The remaining paragraphs (Parts (1) to (5)) contain Plaintiff's prayers for relief to which no response is required.  To the extent a response is deemed required, Defendants deny that Plaintiff is entitled to the requested relief or to any relief whatsoever.

WHEREFORE, having fully answered, Defendants respectfully pray that Plaintiff's Complaint for Injunctive Relief be dismissed with prejudice and judgment be entered in favor of Defendants together with such other and further relief as the Court deems appropriate.

Dated: March 19, 2018            Respectfully submitted,

JESSIE K. LIU
UNITED STATES ATTORNEY
D.C. BAR NUMBER 472845

DANIEL F. VAN HORN, D.C. Bar No. 924092
Chief, Civil Division

_____/s/_____
RHONDA L. CAMPBELL, D.C. Bar No. 462402
Assistant United States Attorneys
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-2559
Rhonda.campbell@usdoj.gov

*Counsel for United States*