# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| THE REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS,<br><br>*Plaintiff*,<br><br>v.<br><br>UNITED STATES CUSTOMS AND BORDER PROTECTION, *et al.*,<br><br>*Defendants*. | Civil Action No. 18-155 (TNM) |

## DEFENDANTS' MOTION FOR EXTENSION OF TIME
## TO FILE OPPOSITION AND REPLY

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Defendants respectfully move, through undersigned counsel, for an additional thirty (30) day extension of time within which to file Defendants' reply in further support of Defendants' Motion for Summary Judgment (ECF No. 43) and Defendants' opposition to Plaintiff's Cross-Motion for Summary Judgment (ECF No. 45), such that Defendants' filing would be due on June 10, 2020.

## BACKGROUND INFORMATION

1. On February 4, 2020, Defendants filed a motion for summary judgment in this Freedom of Information Act ("FOIA") matter. *See* ECF No. 43.

2. On March 10, 2020, Plaintiff filed a cross-motion for summary judgment and opposition to Defendants' motion. *See* ECF No. 45.

3. Pursuant to the Minute Order entered by the Court on April 3, 2020, Defendants' opposition and reply is currently due on May 11, 2020, and Plaintiff's reply is due on June 1, 2020.

## BASIS FOR EXTENSION REQUEST

4. The requested extension is necessary because undersigned counsel has been teleworking and without childcare since March 16, 2020—four business days after Plaintiff's Cross-Motion for Summary Judgment (ECF No. 45) and Opposition to Defendants' Motion for Summary Judgment (ECF No. 46) were filed—in light of District of Columbia school and daycare closures that became effective at that time in order to slow the spread of the coronavirus disease. Undersigned counsel must therefore balance ongoing work commitments in this and other litigation matters with dependent care responsibilities.

5. At the time that Defendants initially sought an extension, District of Columbia Public Schools were scheduled to reopen on April 27, 2020. *See* ECF No. 47 ¶ 4. On April 17, however, Mayor Muriel Bowser announced that District of Columbia Public Schools would remain closed for the remainder of the academic year, which will now end on May 29, 2020.[1] Under the circumstances, undersigned counsel's heavy caseload, which consists of approximately seventy active matters, is more work than counsel can manage at present absent stays or extensions in several matters.

6. In light of the above, Defendants respectfully request a thirty (30) day extension of time to file Defendants' opposition and reply. Defendants propose the following revised deadlines: Defendants' opposition and reply would be due on June 10, 2020; and Plaintiffs' reply would be due on July 1, 2020.

---

[1] *See* Andrea Swalec, *DC Schools Closed Through Shortened Academic Year* (Apr. 17, 2020), *available at* https://www.nbcwashington.com/news/local/dc-mayor-gives-schools-update-amid-coronavirus-crisis/2276944/.

**ADDITIONAL REQUIRED INFORMATION**

7.     This is Defendants' second request for an extension of the deadline for Defendants' opposition and reply.

8.     Granting Defendants' motion will affect the deadline for Plaintiff's reply brief, which Defendants propose extending by a corresponding amount of time.

9.     Pursuant to Local Civil Rule 7(m), undersigned counsel reached out to Plaintiff's counsel for Plaintiff's position on this motion, and Plaintiff's counsel stated that Plaintiff does not consent to Defendants' second request for an extension of time which, in Plaintiff's view, will unnecessarily delay resolution of this case.

WHEREFORE, based on the foregoing, Defendants respectfully request that the Court grant this motion seeking an extension of time up to and including June 10, 2020, in which to file Defendants' opposition and reply. A proposed order is attached.

Dated: May 5, 2020

Respectfully submitted,

TIMOTHY J. SHEA, D.C. Bar No. 437437
United States Attorney

DANIEL F. VAN HORN, D.C. Bar No. 924092
Chief, Civil Division

By: */s/ Katherine B. Palmer-Ball*
KATHERINE B. PALMER-BALL
D.C. Bar No. 1014003
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
Phone: (202) 252-2537
Fax: (202) 252-2599
katherine.palmer-ball@usdoj.gov

*Counsel for Defendants*